1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SARAH MORRISON

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,        )   No. CR 08-00933-JF
                                      )
12 |         Plaintiff,                )   **STIPULATION TO CONTINUE**
   | v.                                )   **HEARING; [PROPOSED] ORDER**
13 |                                  )
   | SARAH MORRISON,                   )
14 |                                  )
   |         Defendant.                )
15 | _____  )

16     Defendant Sarah Morrison, by and through her attorney Nicholas P. Humy, and the

17 United States, by and through Assistant United States Attorney Thomas Colthurst, hereby

18 stipulate and agree to request that the Court continue the hearing currently set for Thursday, July

19 30, 2009 in the above captioned matter to Wednesday, August 19, 2009 at 9:00 a.m.  The

20 continuance is necessary to accommodate the schedule of defendant, Sarah Morrison and defense

21 counsel, Nicholas Humy.

22 Dated: 7/27/09                                 _____/s/_____
                                                  NICHOLAS P. HUMY
23                                                Assistant Federal Public Defender

24 Dated: 7/27/09                                 _____/s/_____
                                                  THOMAS COLTHURST
25                                                Assistant United States Attorney

26

1
2
3
4
5
6
7

8  **ORDER**

9  The parties have requested a continuance of the hearing set for Thursday, July 30, 2009 to

10 accommodate the schedule of defendant, Sarah Morrison and defense counsel, Nicholas Humy.

11 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

12 presently set for Thursday, July 30, 2009 be continued to Wednesday, August 19, 2009 at 9:00

13 a.m.

14 IT IS SO ORDERED.

15

16 Dated: 7/30/09                                   _____
17                                                 JEREMY FOGEL
                                                   United States District Judge

18
19
20
21
22
23
24
25
26

STIPULATION TO CONTINUE
HEARING; [PROPOSED] ORDER
CR 08-00933-JF                              2