JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

THOMAS A. COLTHURST  (99493)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SARAH MORRISON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 08-00933-JF <br><br> STIPULATION ON PAYMENT SCHEDULE FOR RESTITUTION; [PROPOSED] ORDER |

The defendant Sarah Morrison, represented by Nicholas P. Humy, Assistant Federal Public Defender, and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, hereby agree and stipulate to the following payment schedule for defendant's payment of the remaining balance of the restitution ordered in the judgment entered in Case No. 06-000624 (D. Utah) dated November 27, 2006, jurisdiction over this matter having been transferred to this Court:

(1) The defendant Sarah Morrison shall pay $10.00 per month toward her restitution obligation and thereafter, commencing September 15, 2009, until the entire restitution order set forth in the judgment in this matter is satisfied.

ORDER ON PAYMENT SCHEDULE

(2) Payments shall be made by the fifteenth day of each month, payable to: Clerk, U.S. District Court, Attn: Financial Section, 350 S. Main Street, Suite 150, Salt Lake City, UT 84101.

Dated: August 26, 2009           /s/
                                 Thomas A. Colthurst
                                 Assistant United States Attorney

Dated: August 26, 2009           /s/
                                 Nicholas P. Humy
                                 Assistant Federal Public Defender

IT IS SO ORDERED:

DATED: 8/27/09
                                 THE HONORABLE JEREMY FOGEL
                                 United States District Judge

ORDER ON PAYMENT SCHEDULE                -2-